[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10288

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MAURICE ANTWAIN DIGGS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:20-cr-00065-JRH-BKE-1

_____

Before JORDAN, LUCK, and KIDD, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Read*, 118 F.4th 1317, 1321 (11th Cir. 2024) (holding that the "procedural challenge to the imposition of his sentence is an appeal of his sentence, which falls within the scope of his appeal waiver"); *United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2025) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).